MARY ELIZABETH SKIPWORTH,　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) **JUDGMENT IN A CIVIL CASE**
　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) **CASE NO. 4:15-CV-204-D**
CAROLYN W. COLVIN, Acting Commissioner of　)
Social Security,　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　)

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**This Judgment Filed and Entered on March 24, 2016, and Copies To:**

Karen Anne Griffin　　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

George G. Davidson　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

March 24, 2016　　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　Deputy Clerk